IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL KELLER,<br><br>        Plaintiff,<br><br>    v.<br><br>MCGRAW-HILL GLOBAL<br>EDUCATION HOLDING, LLC, et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 16-1778 |

**ORDER**

**AND NOW**, this 28th day of July 2016, upon consideration of Defendants' Motion to Transfer Venue (Doc. No. 8), Plaintiff's Response in Opposition to Defendants' Motion to Transfer Venue (Doc. No. 13), and in accordance with the Opinion of the Court issued this day, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Transfer Venue (Doc. No. 8) is **GRANTED.**

2. The Clerk of Court shall **TRANSFER** this case to the United States District Court for the Southern District of New York.

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.